UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                CASE NO: 2:11-cr-68-FtM-29DNF

JAMES MIRANDA
_____

**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR PRISON-TERM REDUCTION UNDER 18 U.S.C. § 3582(C)(2) BASED ON USSG AMEND. 782**

Before the Court is the defendant's Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. Sec. 3582(c)(2) (Doc. #287). The Federal Public Defender's Office was appointed to represent defendant in connection with the Motion. (Doc. #289.)

Pursuant to the Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines, 6:14-mc-78-ORL-22, the United States Probation Office issued a Memorandum indicating that defendant is eligible for a reduction in his sentence. On December 3, 2015, the Federal Public Defender's Office filed a Motion for Sentence Reduction Under Amendment 782 (Doc. #299) on behalf of defendant arguing for an additional reduction pursuant to the original downward variance. On December 16, 2015, the government filed a Response (Doc. #300) indicating that it does not oppose a reduction to the low end of the new guideline range, but opposes a further reduction based on the variance. The Court agrees that defendant

is eligible for a reduction and adopts the amended guideline calculations in the Memorandum by the United States Probation Office.

On January 31, 2012, for the reasons stated at the sentencing hearing conducted on January 30, 2012, and after considering the factors in 18 U.S.C. § 3553(a)(2), the Court granted defendant a downward departure. (Doc. #166.) As a result, the Court imposed a sentence of 120 months imprisonment, a term below the applicable guideline range was 135 months to 168 months of imprisonment. Having reviewed the facts in both the original presentence investigation report and the August 25, 2015 Memorandum by the United States Probation Office, and taking into account the factors set forth in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, see U.S. Sentencing Guidelines Manual § 1B1.10 cmt. n.1, the Court finds that a reduction is warranted in this case. As noted by both the Federal Public Defender and the government, the Court is foreclosed from applying a comparable variance pursuant to United States v. Colon, 707 F.3d 1255 (11th Cir. 2013). Therefore, the motions will be granted as follows, but without the variance:

| James Miranda<br>USM No. 55089-018 | Original<br>Judgment | NEW<br>Amended<br>Judgment |
|---|---|---|
| Total Offense Level: | 31 | 29 |

| Criminal History Category: | III | III |
|---|---|---|
| Guideline Range: | 135 to 168 months | 108 to 135 months |
| **SENTENCE** | 120 | **108** |

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant's Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. Sec. 3582(c)(2) (Doc. #287) is **GRANTED.**

2. Defendant's Unopposed Motion for Sentence Reduction Under Amendment 782 (Doc. #299), filed by counsel, is **GRANTED IN PART**.

3. Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __120__ months is reduced to __108__ months, or time served, whichever is greater. Except as otherwise provided, all provisions of the judgment dated __January 31, 2012__ shall remain in effect.

**DONE and ORDERED** at Fort Myers, Florida, this __23rd__ day of December, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

3

Copies:

AUSA
Counsel of record
U.S. Probation
U.S. Marshal
DCCD

Southeast Regional Office
Federal Bureau of Prisons
3800 Camp Creek Parkway, Bldg. 2000
Atlanta, GA 30331